JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Christal Ann Vigil, </br></br>　　　　Plaintiff, </br></br>　　vs. </br></br>NANCY A. BERRYHILL, </br>Acting Commissioner of Social Security, </br></br>　　　　Defendant. | Case No. 1:18-cv-01402-EPG </br></br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from June 6, 2019 to July 8, 2019, for Plaintiff to serve on defendant with PLAINTIFFS OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due to several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

　　　　　　　　　　　　　　　　Respectfully submitted,

1

| | | |
|---|---|---|
| Dated: May 15, 2019 | | PENA & BROMBERG, ATTORNEYS AT LAW |

By: */s/ Jonathan Omar Pena*
 JONATHAN OMAR PENA
 Attorneys for Plaintiff

Dated: May 15, 2019                              MCGREGOR W. SCOTT
 United States Attorney
 DEBORAH LEE STACHEL
 Regional Chief Counsel, Region IX
 Social Security Administration


By:  *\*/s/ Allison J. Cheung*
 Allison J. Cheung, Office of the General Counsel
 Special Assistant United States Attorney
 Attorneys for Defendant
 (\*As authorized by email on 5/15/2019)

**<u>ORDER</u>**

Pursuant to the stipulation of the parties (ECF No. 13), and finding good cause, IT IS ORDERED that the time for Plaintiff to file her opening brief is extended to July 8, 2019. All other dates in the Court's Scheduling Order (ECF No. 5) are extended accordingly.

IT IS SO ORDERED.

Dated: **May 17, 2019**

/s/ *Erin P. Gros[?]*
UNITED STATES MAGISTRATE JUDGE