# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTAL VIGIL, | Case No. 1:18-cv-01402-EPG |
| Plaintiff, | **ORDER GRAINTING STIPULATED EXTENSION OF TIME** |
| vs. | **(ECF No. 16)** |
| ANDREW SAUL,<br>Commissioner of Social Security,[1] | |
| Defendant. | |

Pursuant to the stipulation of the parties (ECF No. 16), and finding good cause exists, IT IS ORDERED that the deadline for Defendant to file his response to Plaintiff's opening brief is extended to September 16, 2019. All subsequent deadlines in the Court's Scheduling Order are extended accordingly.

IT IS SO ORDERED.

Dated: __**July 30, 2019**__   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).