1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
3  Regional Chief Counsel, Region IX
   Social Security Administration
4  ALLISON J. CHEUNG, CSBN 244651
   Special Assistant United States Attorney
5       160 Spear Street, Suite 800
6       San Francisco, CA 94105-1545
        Telephone: (415) 977-8942
7       Facsimile: (415) 744-0134
   E-mail: allison.cheung@ssa.gov
8
9  Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| CHRISTAL VIGIL, | Case No. 1:18-cv-01402-EPG |
| Plaintiff, | **STIPULATION AND ORDER RE: VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| vs. | |
| ANDREW SAUL, Commissioner of Social Security,[1] | **(ECF No. 18)** |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Andrew Saul is now the Commissioner of Social Security and is automatically substituted as a party pursuant to Fed. R. Civ. P. 25(d). *See* 42 U.S.C. § 405(g) (action survives regardless of any change in the person occupying the office of Commissioner of Social Security).

Stip. and Order re: Voluntary Remand; 1:18-cv-01402-EPG

1

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to re-evaluate the claimant's alleged symptoms; if warranted, obtain physical and psychological consultative examinations; and re-evaluate the opinion evidence of record.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: August 5, 2019  PENA & BROMBERG, PLC

*/s/ Jonathan O. Peña*\_\_\_\_\_
(*as authorized via email on August 5, 2019)
JONATHAN O. PENA, ESQ.
Attorney for Plaintiff

Dated: August 5, 2019  McGREGOR SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:  */s/ Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant U.S. Attorney
Attorneys for Defendant

Stip. and Order re: Voluntary Remand; 1:18-cv-01402-EPG

2

## ORDER

Pursuant to the Stipulation of the Parties (ECF No. 18), and for good cause shown, **IT IS ORDERED** that this action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation.

The Clerk of the Court is directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

Dated: **August 5, 2019**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Stip. and Order re: Voluntary Remand; 1:18-cv-01402-EPG

3