UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHRISTAL ANN VIGIL,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No. 1:18-cv-01402-EPG<br><br>ORDER FOR THE AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d)<br><br>(ECF No. 21) |

Pursuant to the stipulation of the parties for the award of attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (ECF No. 21),

IT IS ORDERED that Plaintiff shall be awarded attorney fees in the amount of FOUR THOUSAND DOLLARS AND 00/100, ($4,000.00) under the EAJA, and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced stipulation, including any offset allowed under the United States Department of the Treasury's Offset Program pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Any payment shall be delivered to Plaintiff's counsel.

IT IS SO ORDERED.

Dated: **September 6, 2019**            /s/ Erica P. Grosjean
                                        UNITED STATES MAGISTRATE JUDGE